**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael GREGORY, Defendant— Appellant.**

**No. 05–10206.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.[*]

Decided April 14, 2006.

George L. Bevan, Jr., AUSA, USSF— Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Arthur Wachtel, Esq., San Francisco, CA, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM [**]

Michael Gregory appeals from the district court's denial of his motion to with-

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

draw his guilty plea to three counts of use of a communications facility to commit a felony drug offense, in violation of 21 U.S.C. § 843(b).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**